```
1  MARK W. COLEMAN #117306
   NUTTALL COLEMAN & DRANDELL
2  2333 MERCED STREET
   FRESNO, CALIFORNIA 93721
3  PHONE (559) 233-2900
4  FAX (559) 485-3852
   mark@nuttallcoleman.com
5

6  ATTORNEYS FOR Defendant, PAULA BOESCH
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No. 1:17-po-00130-SAB-1 |
|---|---|
| Plaintiff, | |
| v. | WAIVER OF PERSONAL APPEARANCE |
| PAULA BOESCH, | |
| Defendant. | |

I, PULA BOESCH, hereby waive my right to personally appear at the Arraignment hearing currently scheduled for July 13, 2017. I do not have a driver's license and I reside in Exeter, California; therefore, I am requesting that I be excused from appearance at the hearing. I have been in continued contact with my attorney, and I give him full power to act on my behalf.

Mr. Coleman has discussed the matter of my arraignment with me, and I am satisfied that we have adequately discussed all relevant matters relative thereto.

Dated: July 10, 2017.

/S/ Paula Boesch
_____
PAULA BOESCH

**O R D E R**

**Good cause appearing,**

**IT IS HEREBY ORDERED** that Defendant, PAULA BOESCH, is hereby excused from personally appearing pursuant to Fed. R. Crim. P. 43(b)(2) at her arraignment on the criminal; complaint currently scheduled for July 13, 2017 at 9:00 am. **However, the defendant shall be ordered to appear telephonically at her hearing on July 13, 2017 beginning at 9:00 a.m.** At the time of the hearing, defendant's counsel shall provide to the Court's Courtroom Deputy Clerk with a telephone number to call the defendant when her matter is called. A failure to appear telephonically shall result in an arrest warrant being issued for the defendant. Defendant's counsel shall be personally present.

IT IS SO ORDERED.

Dated:  **July 12, 2017**

_____
UNITED STATES MAGISTRATE JUDGE